1 SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
2 200 S. Virginia Street
8th Floor
3 Reno, NV 89501
Telephone: 775.348.4888
4 Fax No.: 775.786.0127

5 Attorneys for Defendant
DOWNTOWN PROJECT, LLC and
6 GOLD SPIKE

7

8 UNITED STATES DISTRICT COURT

9 DISTRICT OF NEVADA

10

| | |
|---|---|
| 11 SAVANNAH ELFBERG,<br>12         Plaintiff,<br>13 vs.<br>14 DOWNTOWN PROJECT, LLC, a Limited<br>    Liability Company; GOLD SPIKE, a<br>15 Nevada business entity,<br>16         Defendants. | Case No. 2:17-cv-02450-JAD-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

17

18       Pursuant to LR IA 6-1 and LR 7-1, Plaintiff SAVANNAH ELFBERG ("Plaintiff") and

19 Defendants DOWNTOWN PROJECT, LLC and GOLD SPIKE ("Defendants"), by and through

20 their respective counsel, do hereby stipulate and agree to an extension of thirty (30) days,

21 up to and including Wednesday, November 29, 2017, for Defendants to file their first

22 responsive pleading to Plaintiff's Complaint.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501
775.348.4888

This Stipulation is made in good faith and not for purposes of delay as defense counsel has recently been retained and needs sufficient time to investigate the allegations of the Complaint. Additionally, counsel for the parties are discussing the identity of the proper defendant in this matter which employed Plaintiff. The parties believe that an amended complaint will likely be forthcoming in order to narrow the causes of action and identify the proper parties so that the filing of a Rule 12(b)(6) motion is avoided. Additionally, the parties are discussing the potential for early resolution of this matter.

Dated: October 26, 2017                    Dated: October 26, 2017

/s/Trevor J. Hatfield                      /s/Sandra Ketner
TREVOR J. HATFIELD, ESQ.                   SANDRA KETNER, ESQ.
HATFIELD & ASSOCIATES, LTD.                LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                    Attorneys for Defendant
SAVANNAH ELFBERG                           DOWNTOWN PROJECT, LLC and GOLD SPIKE

## **ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT/MAGISTRATE JUDGE

Dated this 31st day of October, 2017.

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501
775.348.4888

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 200 S. Virginia Street, 8th Floor, Reno, Nevada 89501. On October 26, 2017, I served the within document(s):

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Trevor J. Hatfield, Esq.
HATFIELD & ASSOCIATES, LTD.
703 South Eighth Street
Las Vegas, NV 89101
thatfield@hatfieldlawassociates.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 26, 2017, at Reno, Nevada.

/s/Esperansa Reinold
ESPERANSA REINOLD

Firmwide:150792056.1 092307.1000

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501
775.348.4888