SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501
Telephone: 775.348.4888
Fax No.: 775.786.0127

Attorneys for Defendant
DTLV EMPLOYEES, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAVANNAH ELFBERG,<br><br>    Plaintiff,<br><br>vs.<br><br>DTLV EMPLOYEES, LLC, a Limited Liability Company; DOES I through X, inclusive, ROE CORPORATIONS I through X, inclusive<br><br>    Defendants. | Case No. 2:17-cv-02450-JAD-PAL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**<br><br>ECF No. 18 |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///
///
///
///
///
///
///
///

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501
775.348.4888

Each party will bear its own costs and attorneys' fees. All appearing parties have signed this Stipulation, and here are no remaining claims or parties. No trial date has been set in this case.

Dated: November 29, 2017					Dated: November 29, 2017

/s/Trevor Hatfield					/s/Sandra Ketner
TREVOR HATFIELD, ESQ.					SANDRA KETNER
HATFIELD & ASSOCIATES, LTD.				LITTLER MENDELSON, P.C.

Attorneys for Plaintiff					Attorneys for Defendant
SAVANNAH ELFBERG					DTLV EMPLOYEES, LLC

## ORDER

Based on the parties' stipulation [ECF No. 18] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED** with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
November 29, 2017

LITTLER MENDELSON, P.C.
Attorneys At Law
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888